IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-137-D

HEAT WAVE RECORDING, LLC )

                 Plaintiff, )

        v. )              **ORDER**

BLUEWATER RECORDINGS, INC., )
et al. )

             Defendants. )

On October 31, 2024, Heat Wave Recording, LLC ("plaintiff") moved for summary judgment against Charles Wallert ("Wallert" or "defendant") [D.E. 35]. Wallert did not respond.

The court has reviewed plaintiff's motion under the governing standard. The court GRANTS plaintiff's motion for summary judgment against Wallert.

SO ORDERED. This  1  day of April, 2025.

JAMES C. DEVER III
United States District Judge